UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HELEN EPHREM, et al.,<br><br>　　　　　　　Defendants. | 1: 05-CV-0655-AWI-DLB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>ORDER GRANTING MOTION FOR DEFAULT JUDGMENT<br><br>(Documents #18 & #22) |

　　　　On September 7, 2005, Plaintiff filed the instant motion for default judgment against Defendants.  Defendants did not oppose the complaint, file an opposition to the motion for default judgment, or otherwise communicate with the court.  On October 18, 2005, the Magistrate Judge entered Findings and Recommendations that recommend the court grant Plaintiff default judgment.  These Findings and Recommendations were served on the parties and contained notice that any objections could be filed within thirty days.   No party has filed objections.

　　　　 In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the entire file, the court adopts the Findings and Recommendations.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued by the Magistrate Judge on October 18, 2005 are ADOPTED IN FULL;

2. Plaintiff's motion for default judgment is GRANTED; and

3. The court declares that:

    a. The Policy has no force and effect;

    b. The Policy was validly rescinded;

    c. No benefits are payable under the Policy; and

    d. LIICA is released and discharged from any liability whatsoever under the Policy; and

4. Clerk of the Court is DIRECTED to enter judgment in favor of Plaintiff and costs pursuant to Rule 54.

IT IS SO ORDERED.

**Dated:   December 5, 2005**            _____/s/ **Anthony W. Ishii**_____
0m8i78                                             UNITED STATES DISTRICT JUDGE